1
2
3
4
5
6
7
8
9
10                          UNITED STATES DISTRICT COURT

11                            EASTERN DISTRICT OF CALIFORNIA

12

13   JIMMY RAYMOND BLOW,                    1:07-cv-01119-OWW-NEW(DLB) (HC)

14                  Petitioner,
                                            **ORDER AUTHORIZING**
15   v.                                     **IN FORMA PAUPERIS STATUS**

16   BUREAU OF PRISONS, et al.,

17                  Respondent.
     _____/
18

19          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21   proceed *in forma pauperis*.  The petition will be screened in due course.

22          IT IS SO ORDERED.

23      Dated:   __August 9, 2007__              _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28