UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY RAYMOND BLOW, | ) | 1:07-CV-01119 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| BUREAU OF PRISONS, et al., | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 20, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to send Petitioner blank forms for filing an action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of

1  the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.
2  Petitioner has, however, filed a motion to stay any future transfer of his person to another institution.
3  Like the petition, this motion involves a condition of his confinement and is not appropriately
4  brought in this case.
5       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
6  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
7  and Recommendation is supported by the record and proper analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1. The Findings and Recommendation issued August 20, 2007, is ADOPTED IN FULL;
10       2. The petition for writ of habeas corpus is DISMISSED;
11       3. The Clerk of the Court is DIRECTED to send Petitioner blank forms for filing an action
12  pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388
13  (1971); and
14       4. The Clerk of the Court is DIRECTED to enter judgment.
15  IT IS SO ORDERED.
16  **Dated:    October 2, 2007**                    **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE